ACCEPTED
03-14-00738-CV
5859687
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 12:08:43 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00738-CV

| | | |
|---|---|---|
| **Elness Swenson Graham Architects, Inc.,** | § § § § § § | **From the 200th District Court** |
| | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>6/29/2015 12:08:43 PM<br>JEFFREY D. KYLE<br>Clerk |

**Elness Swenson Graham Architects, Inc.,** §
§
*Appellant &* §
*Cross-Appellee,* §
§
§
**v.** §
§
**RLJ II-C Austin Air, LP, RLJ II-C** §
**Austin Air Lessee, LP and RJL** §
**Lodging Fund II Acquisitions,,** §
§
§
*Appellees &* §
*Cross-Appellants.* §
§ **Of Travis County, Texas**

———————————————————————————————————

### Cross-Appellants' Unopposed Motion for
### Extension of Time to File Reply Brief

———————————————————————————————————

To the Honorable Justices of the Court of Appeals:

RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP, and RJL Lodging Fund II Acquisitions ("RLJ" collectively) are appellees and cross-appellants in the above-referenced cause. RLJ respectfully moves pursuant to Texas Rule of Appellate Procedure 10.5(b) to extend by fifteen days the time in which to file its cross-appellants' reply brief. In support thereof, RLJ would respectfully show the court as follows:

**Unopposed Motion for Extension of Time to File
Cross-Appellants' Reply Brief** **Page 1**

## I. Current Deadline

RLJ's Cross-Appellants' Reply Brief is currently due to be filed with this Court on or before Wednesday, July 1, 2015. RLJ seeks an extension of fifteen days, up to and including Thursday, July 16, 2015, of the time to file its Cross-Appellants' Reply Brief in this cause.

## II. Explanation of Need for Extension

RLJ's request for this extension is based on the following facts. These facts are within the personal knowledge of the undersigned counsel. In addition to a heavy load of more routine litigation matters, between the filing of the appellees' response brief on June 11 and the current due date of July 1 for the cross-appellants' reply brief, counsel has been required to turn his attention to *Lyda Swinerton Builders, Inc. v. Oklahoma Surety Company*, civil case number 4:12-cv-1759 in The United States District Court for the Southern District of Texas, Houston Division, a case in which he is serving as an expert witness. The case has been called to trial July 6, 2015, and is requiring immediate review of voluminous materials in preparation for this testimony.

It has also been necessary for Counsel to become involved in protracted settlement discussion and analysis in connection with *The Official Stanford Investors Committee, et al. v. Breazeale, Sachse & Wilson, LLP, et al.*, Civil Action No. 3:11-CV-00329-N in the United States District Court, Northern District

of Texas and *Janvey v. Adams & Reese LLP, Breazeale, Sachse & Wilson, LLP, et al.*, Civil Action No. 3:12-CV-00495-N in the United States District Court, Northern District of Texas. Counsel's attention to two unfiled commercial claims and related investigation and discovery, one involving Aspen Creek Apartments and General Star Insurance Company and the other involving The Ranch at Guadalupe and Kenmore, Inc., has also been required.

Finally, counsel has been diverted from work because of the serious illness of a close relative and measures needed to assist with the recent fall of his elderly mother.

It is now apparent that despite the undersigned's best efforts, it will not be possible to complete an appropriate presentation of the Cross-Appellants' arguments and authorities in reply in time for timely filing with this court by Wednesday, July 1, 2015. Further, in light of the undersigned's present workload, the undersigned believes that if an extension of fifteen days to file RLJ's Cross-Appellants' Reply Brief were granted, he would be able to complete and file said brief in this matter on or before Thursday, July 16, 2015.

### III. No Previous Extensions of Cross-Appellants' Reply Brief Have Been Requested

RLJ has neither requested nor received any prior extensions of time to file the Cross-Appellants' Reply Brief in this cause. It previously requested and received an extension of thirty days for the filing of the Cross-Appellants' Brief

and the Appellees' Response Brief in this matter. Similar extensions have been requested and received by Appellant and Cross-Appellee.

### IV. Relief Not Opposed

On June 26, 2015, the undersigned conferred by telephone with Gregory N. Ziegler, counsel for Appellant and Cross-Appellee, concerning this motion. Mr. Ziegler advised that his client is not opposed to the granting of this motion.

### V. Relief Requested

Wherefore, for the foregoing reasons, RLJ respectfully requests that the Court grant this motion and extend the time to file Cross-Appellants' Reply Brief from Wednesday, July 1, 2015, by fifteen days up to and including Thursday, July 16, 2015. RLJ further requests all other legal or equitable relief to which it may be justly entitled under this motion.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR PC**

/s/ *Michael W. Huddleston*
Michael W. Huddleston
State Bar No. 10148415
3800 Ross Tower
500 North Akard Street
Dallas, TX 75201
(214) 855-7500 Main Tel.
(214) 855-7572 Direct Tel.
(214) 855-7584 Main Fax
mhuddleston@munsch.com

**ATTORNEYS FOR APPELLEES AND CROSS-APPELLANTS**

## Certificate of Conference

On June 26, 2015, the undersigned spoke by telephone with counsel for Appellant and Cross-Appellee, who advised that Appellant and Cross-Appellee is not opposed to this motion.

/s/ Michael W. Huddleston
Michael W. Huddleston

## Certificate of Service

I certify that I served a true and correct copy of the foregoing document upon counsel listed below on this 29th day of June, 2015 by e-file:

Weston M. Davis
Gregory N. Ziegler
Steven R. Baggett
Macdonald Devin, P.C.
1201 Elm Street
3800 Renaissance Tower
Dallas, TX 75270

/s/ Michael W. Huddleston
Michael W. Huddleston